**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Greg FORT, Defendant–Appellant.**

No. 09–2339.

United States Court of Appeals,
Seventh Circuit.

Submitted Sept. 24, 2009.

Decided Oct. 26, 2009.*

John G. McKenzie, Office of the United States Attorney, Rockford, IL, for Plaintiff–Appellee.

Greg Fort, Terre Haute, IN, pro se.

Before RICHARD A. POSNER, Circuit Judge and DIANE P. WOOD, Circuit Judge.

### ORDER

The district court denied Greg Fort's motion under 18 U.S.C. § 3582(c)(2) to modify his sentence of life imprisonment for crack-cocaine offenses on the ground that he was ineligible for a reduction. Fort appeals. We have held that district courts do not have authority to reduce a defendant's sentence below the bottom of the range provided by the retroactive amendments to the sentencing guidelines. *United States v. Cunningham,* 554 F.3d 703, 709 (7th Cir.2009). Here, even under the amended crack-cocaine sentencing guideline, Fort's total offense level remains 43, *see* U.S.S.G. ch. 5, pt. A, cmt. n. 2, and the applicable guidelines range remains life imprisonment. Thus, we AFFIRM the judgment of the district court.

---

* This successive appeal has been submitted to a quorum of the original panel under Operating Procedure 6(b), Judge Walter J. Cummings having passed away since the time of our original decision. *See* 28 U.S.C. § 46(d). After examining the briefs and the record, we have concluded that oral argument is unnecessary. *See* FED. R.APP P. 34(a); CIR R. 34(f).